1  Michael H. Steffen [SBN 039415]
   **PENNEY & ASSOCIATES**
2  1490 Stone Point Drive, Suite 120
   Roseville, CA 95661
3  Telephone: (916) 786-0950
   Facsimile: (916) 786-6703
4  msteffen@penneyandassociates.com

5  Attorneys for Plaintiffs
   ARMANDO CERVANTES
6  NESTOR CERVANTES

7

8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12 | ARMANDO CERVANTES and NESTOR CERVANTES, individually and on behalf of all others similarly situated, | CASE NO.: 2:08-CV-01486-LKK-GGH |
|---|---|
| Plaintiffs, | **ORDER TO ALLOW FILING OF SECOND AMENDED COMPLAINT** |
| v. | |
| AMERICAN CARPORTS, INC., a Corporation, AMERICAN STEEL CARPORTS, INC., a Corporation, JOSE CASTILLO BEDA, an Individual, RAMIRO CASTILLO, an Individual, JOSE CASTILLO, an Individual, and DOES 1-50, Inclusive, | |
| Defendants. | |

22    Stipulation being entered by Defendants, AMERICAN CARPORTS, INC., AMERICAN

23 STEEL CARPORTS, INC., JOSE CASTILLO BEDA, RAMIRO CASTILLO and JOSE

24 CASTILLO, having no opposition to Plaintiffs' Stipulation to Allow Filing of Second Amended

25 Complaint, and Plaintiffs showing good cause,

26 ///

27 ///

28

                                        1
---
Cervantes, et al. v. American Carports, Inc., et al.; 2:08-CV-01486-LKK-GGH; [Proposed Order to Allow Filing of Second Amended Complaint

**IT IS ORDERED THAT**:

1. Plaintiffs shall be allowed to file a Second Amended Complaint.

DATED: November 19, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Cervantes, et al. v. American Carports, Inc., et al.; 2:08-CV-01486-LKK-GGH; [Proposed Order to Allow Filing of Second Amended Complaint