UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO CERVANTES and
NESTOR CERVANTES,

NO. Civ.S-08-1486 LKK/GGH

       Plaintiffs,

   v.

**ORDER RE DISPOSAL
DOCUMENTS AFTER
NOTIFICATION OF SETTLEMENT**

AMERICAN CARPORTS, INC.,
a Corporation, AMERICAN STEEL
CARPORTS, INC., a Corporation,
JOSE CASTILLO BEDA, an Individual,
RAMIRO CASTILLO, an Individual,
JOSE CASTILLO, an Individual and
DOES 1-50, inclusive,

       Defendants.
_____/

    Counsel for plaintiffs has filed a Notice of Settlement in the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than twenty (20) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

1

1 | CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2 |      IT IS SO ORDERED.

3 |      DATED:  January 26, 2010.

4

5

6 |                                    LAWRENCE K. KARLTON

7 |                                    SENIOR JUDGE
   |                                    UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26