| | |
|---|---|
| 1 | Michael H. Steffen [SBN 039415]<br>**PENNEY & ASSOCIATES**<br>6536 Lonetree Blvd.<br>Rocklin, CA 95765<br>Telephone: (916) 786-7662<br>Facsimile: (916) 786-0144<br>msteffen@penneyandassociates.com |

Attorneys for Plaintiffs
ARMANDO CERVANTES
NESTOR CERVANTES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO CERVANTES and NESTOR CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN CARPORTS, INC., a Corporation, AMERICAN STEEL CARPORTS, INC., a Corporation, JOSE CASTILLO BEDA, an Individual, RAMIRO CASTILLO, an Individual, JOSE CASTILLO, an Individual, and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO.: 2:08-CV-01486-LKK-KJN<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION**<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF ENTIRE ACTION** |

Plaintiffs, ARMANDO CERVANTES and NESTOR CERVANTES, and Defendants, AMERICAN CARPORTS, INC., AMERICAN STEEL CARPORTS, INC., JOSE CASTILLO BEDA, RAMIRO CASTILLO and JOSE CASTILLO, having settled this action on January 11, 2010, request that the Court allow a dismissal of the entire action with prejudice.

///

///

1

| | | |
|---|---|---|
| Dated: February 10, 2010 | | Respectfully Submitted,<br>**PENNEY & ASSOCIATES** |
| | | /s/<br>MICHAEL H. STEFFEN<br>Attorneys for Plaintiffs |
| Dated: February 10, 2010 | | Respectfully Submitted,<br>**BEST, BEST & KRIEGER, LLP** |
| | | /s/<br>HOWARD B. GOLDS<br>Attorneys for Defendants |

**IT IS ORDERED THAT**:

1. Plaintiffs' and Defendants' request for a dismissal of the entire action with prejudice is hereby granted.

DATED: February 12, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Cervantes, et al. v. American Carports, Inc., et al.; 2:08-CV-01486-LKK-KJN; Request for Dismissal of Entire Action;[Proposed] Order Granting Request for Dismissal of Entire Action